# EXHIBIT D



# Note Servicing Center
3275 E. Robertson Blvd., Suite B
Chowchilla, CA 93610
(559) 665-3456

8/29/2019

Normal Properties, LLC
9857 Whitehall Garden
Munster, IN 46321

Account: 170898
Property: . 1439-41 West 127th St, Calumet Park, IL 60827

### BENEFICIARY'S DEMAND FOR PAYOFF

Dear Normal Properties, LLC

You are authorized to use the following amounts to payoff the above-mentioned loan. All necessary legal documents will be forwarded to the trustee for Full Reconveyance upon receipt of payment in full.

| **Payoff Date** | **8/31/2019** |
|---|---:|
| Maturity Date | 8/1/2019 |
| Next Payment Due | 5/1/2019 |
| Interest Rate | 19.990% |
| Interest Paid-To Date | 4/1/2019 |
| Principal Balance | $128,793.24 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 4/1/2019 To 8/31/2019 | $10,655.89 |
| Unpaid Late Charges | $185.30 |
| Accrued Late Charges | $561.76 |
| Unpaid Charges   *For additional details see itemization attached | $65.00 |
| Prepayment Penalty | $0.00 |
| Other Fees *For additional details see itemization attached | $295.00 |
| Trust Balance | -$280.88 |
| **Payoff Amount** | **$140,275.31** |

Please add **$71.52** for each additional day past **8/31/2019**.

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.  **Please note that this demand expires on 9/8/2019**, at which time you are instructed to contact this office for additional instructions (DEMAND FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).

Make disbursement check payable to**: Note Servicing Center**

Sincerely,

Note Servicing Center
(559) 665-3456
(559) 665-3457

Wire Instructions

| | |
|---|---|
| **Beneficiary Name** | Note Servicing Center |
| **Beneficiary Telephone Number** | 559-665-3456 |
| **Routing Number** | 121140218 |
| **Beneficiary Account Number** | 168464873 |
| **Beneficiary Bank** | WestAmerica Bank |
| **Beneficiary Bank Address** | PO Box 157<br>Mariposa, CA 95338 |

| ITEMIZATION OF UNPAID CHARGES | | | | | |
|---|---|---|---|---|---|
| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
| 03/27/2019 | Balloon Payment Notice | 0.000% | $30.00 | $0.00 | $30.00 |
| 08/07/2019 | NSF Payment Charge | 0.000% | $35.00 | $0.00 | $35.00 |
| | | | | Total | **$65.00** |

| ITEMIZATION OF OTHER FEES | |
|---|---|
| Description | Amount |
| Demand Fee | $30.00 |
| Wire Fee | $30.00 |
| Recording Fee | $150.00 |
| Reconveyance Fee | $45.00 |
| FedEx Overnight Fee | $40.00 |
| Total | **$295.00** |