# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Marcie D. Jenner, Trustee of CPDPE, Inc. 401K Profit Sharing Plan and Trust, et al.,

Plaintiff(s),

v.

Normal Properties LLC, et al.,

Defendant(s).

Case No. 19 C 6902
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed without prejudice for lack of subject-matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date: 1/15/2021

Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea , Deputy Clerk